UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
APR 1 5 2003
CLERK U.S. BANKRUPTCY
COURT ORLANDO, FL

IN RE:

CASE NO.: 02-11473-6J7

KEITH GAGE and
ANDRE LEAN GAGE,

Debtors.
_____/

CARLA MUSSELMAN, Trustee,

Plaintiff,

ADV. PRO. NO.: 03-111

vs.

NOTROH ENTERPRISES, INC.,
SMITH INTERNATIONAL,
SIGNATURE GRAPHICS, INC., AND
FRANK AMODCO, INDIVIDUALLY,

Defendants.
_____/

## COMPLAINT TO RECOVER MONEY

COMES NOW the Plaintiff in the above-styled action, CARLA P. MUSSELMAN, Trustee, ("Trustee" or "Plaintiff") and for cause of action against the above-named Defendants, **NOTROH ENTERPRISES, INC., SMITH INTERNATIONAL, SIGNATURE GRAPHICS, INC., AND FRANK AMODCO, INDIVIDUALLY** alleges and states as follows:

### JURISDICTION AND VENUE

1. This Court has jurisdiction of this matter pursuant to 28 U.S.C. §1334(d), §154(a), and §157(b)(1) in the Order of the United States District Court of the Middle District of Florida referring all cases and proceedings under the Bankruptcy Code and the District to Bankruptcy Court.

2. This matter is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(O).

UNITED STATES BANKRUPTCY COURT CASE NO.: 02-11473-6J7
ADV. PRO. NO.: 03-_____

3. This Adversary Proceeding arises and/or relates the case entitled *In Re: Gage*, Case No.: 02-11473-6J7, pending under Chapter 7 of the Bankruptcy Code, United States Bankruptcy Court for the Middle District of Florida, Orlando Division.

4. Venue is proper in this District pursuant to 28 U.S.C. §1409.

## FACTS

5. That the Plaintiff in this action is a duly appointed Trustee in the referenced bankruptcy proceeding and this Court has jurisdiction over the parties and the subject matter of this action.

6. The Chapter 7 petition was filed by the above-named Debtors on October 18, 2002.

7. An Amended Chapter 7 petition was filed on October 21, 2002.

8. A Second Amended Chapter 7 petition was filed on January 10, 2003.

9. That the above-named Debtor, KEITH GAGE indicates he is owed $3,500.00 by Defendants for services performed from March 29, 2002 to September 1, 2002.

10. A demand was made by the Trustee on February 26, 2003 for $3,500. A true and correct copy of the demand is attached hereto as Exhibit "A" and incorporated by reference herein.

11. The above-named Defendants have collectively not responded to Trustee's demand.

## COUNT I

12. Plaintiff hereby realleges paragraphs 1 through 11 and incorporates the same herein.

13. KEITH GAGE, Debtor, performed services for Defendant, Notroh Enterprises, Inc. ("Notroh"), from March 29, 2002 to September 1, 2002.

14. Defendant, Notroh, failed to pay KEITH GAGE, Debtor, for the services performed.

15. Demand has been made for payment in the amount of $3,500.00.

16. Defendant, Notroh, has failed to pay the $3,500.00 to the Trustee.

WHEREFORE, the Plaintiff/Trustee respectfully prays for Judgment against the Defendant, Notroh Enterprises, Inc., in the amount of $3,500.00, for interest and attorneys' fees and costs, and to preserve the same for the benefit of the estate pursuant to §551 of the Bankruptcy Code, together with other relief as is deemed appropriate and equitable by this Court.

## COUNT II

17. Plaintiff hereby realleges paragraphs 1 through 11 and incorporates the same herein.

18. KEITH GAGE, Debtor, performed services for Defendant, Smith International ("Smith"), from March 29, 2002 to September 1, 2002.

19. Defendant, Smith, failed to pay KEITH GAGE, Debtor, for the services performed.

20. Demand has been made for payment in the amount of $3,500.00.

21. Defendant, Smith, has failed to pay the $3,500.00 to the Trustee.

WHEREFORE, the Plaintiff/Trustee respectfully prays for Judgment against the Defendant, Smith International, in the amount of $3,500.00, for interest and attorneys' fees and costs, and to preserve the same for the benefit of the estate pursuant to §551 of the Bankruptcy Code, together with other relief as is deemed appropriate and equitable by this Court.

## COUNT III

22. Plaintiff hereby realleges paragraphs 1 through 11 and incorporates the same herein.

23. KEITH GAGE, Debtor, performed services for Defendant, Signature Graphics, Inc. ("Signature"), from March 29, 2002 to September 1, 2002.

24. Defendant, Signature, failed to pay KEITH GAGE, Debtor, for the services performed.

25. Demand has been made for payment in the amount of $3,500.00.

26. Defendant, Signature, has failed to pay the $3,500.00 to the Trustee.

WHEREFORE, the Plaintiff/Trustee respectfully prays for Judgment against the Defendant, Signature Graphics, Inc., in the amount of $3,500.00, for interest and attorneys' fees and costs, and to preserve the same for the benefit of the estate pursuant to §551 of the Bankruptcy Code, together with other relief as is deemed appropriate and equitable by this Court.

## COUNT IV

27. Plaintiff hereby realleges paragraphs 1 through 11 and incorporates the same herein.

28. KEITH GAGE, Debtor, performed services for Defendant, Frank Amodco ("Amodco"), individually, from March 29, 2002 to September 1, 2002.

29. Defendant, Amodco, failed to pay KEITH GAGE, Debtor, for the services performed.

30. Demand has been made for payment in the amount of $3,500.00.

31. Defendant, Amodco, has failed to pay the $3,500.00 to the Trustee.

UNITED STATES BANKRUPTCY COURT CASE NO.: 02-11473-6J7
ADV. PRO. NO.: 03-_____

WHEREFORE, the Plaintiff/Trustee respectfully prays for Judgment against the Defendant, Frank Amodco, individually, in the amount of $3,500.00, for interest and attorneys' fees and costs, and to preserve the same for the benefit of the estate pursuant to §551 of the Bankruptcy Code, together with what other relief is deemed appropriate and equitable by this Court.

DATED: April 15, 2003.

_____
Richard Blackstone Webber II, Esquire
Florida Bar No. 608394
**RICHARD BLACKSTONE WEBBER II, P.A.**
320 Maitland Avenue
Altamonte Springs, FL 32701
Telephone: (407) 260-8955
Telecopy: (407) 260-5133

*Attorney for:*
*Carla P. Musselman, Chapter 7 Trustee*

# RICHARD BLACKSTONE WEBBER II, P.A.
## ATTORNEY AT LAW

320 MAITLAND AVENUE  
ALTAMONTE SPRINGS, FLORIDA 32701

TELEPHONE: (407) 260-8955  
TELECOPIER: (407) 260-5133

February 26, 2003

**VIA CERTIFIED MAIL**  
Delivery Confirmation

Frank Amodco  
Notroh Enterprises, Inc.  
2625 Edgewater Drive  
Orlando, Florida 32804

Frank Amodco  
Smith International  
Signature Graphics, Inc.  
2625 Edgewater Drive  
Orlando, Florida 32804

Frank Amodco  
Signature Graphics, Inc.  
2625 Edgewater Drive  
Orlando, Florida 32804

RE: *Keith and Andre Lean Gage*, Debtors  
United States Bankruptcy Court Case No. 02-11473-6J7  
Middle District of Florida, Orlando Division

Dear Mr. Amodco:

I represent the Chapter 7 Trustee, Carla Musselman, in the above-captioned Chapter 7 Bankruptcy case. The Debtors indicate that they are owed $3,500.00 for services performed from March 29, 2002 until September 1, 2002. Demand is hereby made for you to pay $3,500.00 to Carla P. Musselman, Chapter 7 Trustee, on or before March 7, 2003. Please send the check to my attention at the above address.

If you have any questions, please feel free to contact me. Thank you.

Very truly yours,

Richard Blackstone Webber II

:djg

cc: Carla Musselman, Chapter 7 Trustee *(via telecopy)*



EXHIBIT "A"