FILED VIA MAIL
SEP 1 7 2003
CLERK U.S. BANKRUPTCY
ORLANDO, FLORIDA

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 02-11473-6J7

IN RE:

KEITH GAGE and
ANDRE LEAN GAGE

03-111 Adv

Debtors.
_____/

CARLA MUSSELMAN, Trustee,

    Plaintiff,

vs.

NOTROH ENTERPRISES, INC.,
SMITH INTERNATIONAL,
SIGNATURE GRAPHICS, INC. AND
FRANK AMODEO, INDIVIDUALLY,

    Defendants.
_____/

## DEFENDANT'S, FRANK L. AMODEO, INDIVIDUALLY, RESPONSE TO PLAINTIFF CARLA P. MUSSELMAN'S FIRST REQUEST FOR ADMISSIONS

**COMES NOW** Frank L. Amodeo, individually, and files this Amodeo's response to the Request for Admissions of Carla Musselman, Trustee:

1. Defendant denies the Debtor filed for relief on October 18, 2003, but admits Debtor filed for relief in 2002, presumably on October 18, 2002.

2. Admit Carla P. Musselman has been appointed Chapter 7 Trustee.

3. Deny Gage was ever employed by Frank L. Amodeo. Gage was employed by a temporary staffing agency until in or about April 2002; thereafter Gage was

employed by Notroh Enterprises, Inc. until on or about May 5, 2002; from that time forward Gage was employed by HRM Enterprises, Inc. and assigned to Signature Graphics, Inc. to work on the Smith International Enterprises, Inc. acquisition.

4. Denied Frank Amodeo ever received a demand in his individual capacity until commencement of this action.

5. Deny Gage is owed $3,500 from any source and admit Amodeo did not, and does not, individually owe Gage any payment.

Respectfully submitted by:

*[signature]*

Frank L. Amodeo
2875 S. Orange Ave.
Suite 500, PMB 1810
Orlando, FL 32806

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished by United States mail this 15ʰ day of September, 2003 to Richard Blackstone Webber II, Esq., at 320 Maitland Avenue, Altamonte Springs, FL 32701.

*[signature]*

Frank L. Amodeo