UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:  CASE NO.: 02-11473-6J7

KEITH GAGE and
ANDRE LEAN GAGE,

Debtors.

FILED
SEP 1 7 2003
CLERK U.S. BANKRUPTCY
COURT ORLANDO, FL

_____/

CARLA MUSSELMAN, Trustee,

Plaintiff,

vs.  ADV. PRO. NO.: 03-111

NOTROH ENTERPRISES, INC.,
SIGNATURE GRAPHICS, INC., AND
FRANK L. AMODEO, INDIVIDUALLY,

Defendants.

_____/

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANT, FRANK L. AMODEO, INDIVIDUALLY AND FOR DISCOVERY SANCTIONS
(Trial Set September 26, 2003 at 2:00 p.m.)

COMES NOW, Carla P. Musselman, Plaintiff ("Plaintiff"), by and through her undersigned attorney, and hereby files this Motion to Compel Discovery from Defendant, Frank L. Amodeo ("Amodeo"), Individually and for Discovery Sanctions and in support thereof states as follows:

1. The Adversary Proceeding Complaint was filed by Plaintiff on April 15, 2003.

2. Plaintiff's Amended First Set of Interrogatories were propounded to Amodeo on August 5, 2003.

3. Plaintiff's First Request for Admissions to Amodeo were propounded on August 4, 2003.

4. Plaintiff's First Request to Produce Documents to Amodeo were propounded on August 4, 2003.

5. The Answers to Plaintiff's First Set of Interrogatories were due on September 8, 2003 from Amodeo.

## UNITED STATES BANKRUPTCY COURT CASE NO. 02-11473-6J7
## ADVERSARY PROCEEDING NO.: 03-111

6. Amodeo has failed to answer Plaintiff's First Set of Interrogatories.

7. Amodeo is Pro Se.

8. The Answers to Plaintiff's First Set of Admissions were due on September 5, 2003 from Amodeo.

9. Amodeo has failed to Answer Plaintiff's First Request for Admissions.

10. Plaintiff requests this Court deem all Admissions are to be accepted as true by Amodeo for Trial in this Adversary Proceeding.

11. The documents to Plaintiff's First Request for Production of Documents were due on September 5, 2003 from Amodeo.

12. Amodeo has produced no documents to Plaintiff.

13. Plaintiff requests this Court not allow use of any documentary evidence by Amodeo at the Trial in this proceeding.

WHEREFORE, Plaintiff, CARLA P. MUSSELMAN, Chapter 7 Trustee, prays this Court will grant her Motion to Compel Discovery from Defendant, Frank Amodeo, Individually, and for Discovery Sanctions, deem all Admissions are admitted as true, prevent use of documentary evidence by Amodeo, and for such other relief as is just and proper under the circumstances of this Adversary Proceeding.

UNITED STATES BANKRUPTCY COURT CASE NO. 02-11473-6J7
ADVERSARY PROCEEDING NO.: 03-111

I HEREBY CERTIFY that a true and correct copy of the foregoing **Motion to Compel Discovery and for Discovery Sanctions** has been furnished by First Class United States Mail, postage pre-paid, to **Frank L. Amodeo**, 2875 S. Orange Avenue, Ste 500 PMB 1810, Orlando, Florida 32806 and Plaintiff, **Carla P. Musselman, Chapter 7 Trustee**, 1751 Sunnyside Blvd, Maitland, Florida 32751, on this 17th day of September, 2003.

_____
Richard Blackstone Webber II, Esquire
Florida Bar No. 608394
**RICHARD BLACKSTONE WEBBER II, P.A.**
320 Maitland Avenue
Altamonte Springs, FL 32701
Telephone: (407) 260-8955
Telecopy: (407) 260-5133

*Attorney for Plaintiff:*
*CARLA P. MUSSELMAN, Chapter 7 Trustee*