# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

IN RE:                                      CASE NO.: 02-11473-6J7

      KEITH GAGE and
      ANDRE LEAN GAGE,

      **Debtors.**

_____/

      CARLA MUSSELMAN, Trustee,

      **Plaintiff,**

                                ADV. PRO. NO.: 03-111

vs.

      NOTROH ENTERPRISES, INC.,
      SIGNATURE GRAPHICS, INC., AND
      FRANK L. AMODEO, INDIVIDUALLY,

      **Defendants.**

_____/

**FILED**

DEC 1 1 2003

CLERK U.S. BANKRUPTCY
COURT ORLANDO, FL

## PLAINTIFF'S MOTION TO DISMISS ADVERSARY PROCEEDING
### (Status Conference on December 18, 2003 at 10:30 a.m.)

COMES NOW, Carla P. Musselman, Chapter 7 Trustee, Plaintiff ("Plaintiff"), by and through her undersigned attorney, and hereby files this Motion to Dismiss the above-captioned Adversary Proceeding and in support thereof states as follows:

1. The above-captioned Adversary Proceeding was set for trial on September 26, 2003 at 2:00 p.m.

2. Frank Amodeo, Defendant, and Plaintiff settled the above-captioned Adversary Proceeding in the amount of $1,500.00.

1

3.     A cashier's check was received from Defendant, Frank Amodeo, in the amount of $1,500.00 on September 25, 2003.

4.     The Defendant, Frank Amodeo, was to provide documentation outlining the Settlement Agreement and has failed to do so upon repeated requests by Plaintiff's counsel.

5.     Because there remains no work to be done in this Adversary Proceeding and the settlement funds have been paid, Plaintiff requests that the above-captioned Adversary Proceeding be dismissed.

WHEREFORE, Carla P. Musselman, Chapter 7 Trustee, prays that this Court will grant Plaintiff's Motion to Dismiss the Adversary Proceeding and for such other relief that is just and proper under the circumstance of the case.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing **Motion** has been furnished by First Class United States Mail, postage pre-paid, to; **FRANK L. AMODEO**, 2875 S. Orange Avenue, Ste 500 PMB 1810, Orlando, Florida 32806, *Defendant*; **Carla P. Musselman, Chapter 7 Trustee**, 1751 Sunnyside Drive, Maitland, FL 32751; **The United States Trustee**, 135 West Central Boulevard, Suite 620, Orlando, Florida 32801; and **Frank L. Amodeo**, 2875 S. Orange Avenue, Ste 500 PMB 1810, Orlando, Florida 32806, on this || #h_ day of December, 2003.

Richard Blackstone Webber II, Esquire
Florida Bar No. 608394
**RICHARD BLACKSTONE WEBBER II, P.A.**
320 Maitland Avenue
Altamonte Springs, FL 32701
Telephone: (407) 260-8955
Telecopy: (407) 260-5133

*Attorney for Plaintiff:*
**CARLA P. MUSSELMAN, Chapter 7 Trustee**